IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION


UNITED STATES OF AMERICA                                    PLAINTIFF

         v.              Case No. 2:26-MJ-2007-001

EDWARD ALLAN WATTS                                          DEFENDANT


## **O R D E R**

At the initial appearance conducted on a criminal complaint, the Defendant requested a preliminary hearing and detention hearing. Accordingly, the Defendant is considered detained and remanded to the custody of the United States Marshals Service pending the hearings. The preliminary and detention hearings are scheduled for, **Thursday, June 4, 2026, at 2:30 p.m., Second Floor Courtroom, in Fayetteville.**

SO ORDERED this 1st day of June, 2026.



*/s/ Christy Comstock*
HON. CHRISTY COMSTOCK
CHIEF UNITED STATES MAGISTRATE JUDGE