**US DISTRICT COURT**
**WESTERN DISTRICT OF ARKANSAS**
**FILED**

IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

JUN 0 2 2026

By_____
Mistee Aaron
**Deputy Clerk**

UNITED STATES OF AMERICA )
)
v. )
)
EDWARD ALLAN WATTS )
)

Case No. 2:26 cr 20013

18 U.S.C. § 875(c)

## INDICTMENT

The Grand Jury Charges:

### COUNT ONE
### (Interstate Communications with Threat to Injure)

On or between May 25, 2026 and May 26, 2026, in the Western District of Arkansas, Fort Smith Division, the defendant, **EDWARD ALLAN WATTS,** knowingly and willfully did transmit in interstate commerce, a communication, namely an email addressed to multiple individuals, including a United States District Judge in the Southern District of New York, and the communication contained a threat to execute employees of the United States District Court for the Western District of Arkansas on May 28, 2026.

All in violation of Title 18, United States Code, Section 875(c).

A True Bill.

KEVIN R. HOLMES
UNITED STATES ATTORNEY

*/s/ Grand Jury Foreperson*
Grand Jury Foreperson

By: _____
Erin Allison
Assistant U. S. Attorney
Arkansas Bar No. 2016180
414 Parker Avenue
Fort Smith, Arkansas 72901
Telephone: (479) 783-5125
E-mail: Erin.Allison@usdoj.gov