United States District Court for the Western District of Arkansas

United States of America

vs. Docket No. 2:26-cr-20013-JTS

Edward Allan Watts

US DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FILED

NOV 18 2026

By Mistee Aaron
Deputy Clerk

## Request for Reconsideration

1. According to Judge Comstock's Report and Recommendation for 5:26-cv-05258, Edward "Allan" Watts was found unfit to stand trial on October 23, 2026. However, Allan was never served notice of that decision. Watts later filed objections to Judge Comstock being assigned to a motion. In that same filing, Allan asked Judge Shepherd [sic] to recuse themself and the entire United States District Court for the Western District of Arkansas. In another filing, Watts asked that any unknown decisions, such as the one finding them incompetent apparently, be appealed to the Chief Judge. With this document, Edward Allan Watts asks Judge Shepherd [sic] pre-recusal or whatever judge might be assigned post-recusal to reconsider the October 23, 2026 decision based on the fact that Allan's objections to Report and Recommendation leading to that decision were not docketed until October 26, 2026 despite them being mailed on October 13, 2026. Edward Allan Watts asks for a hearing on the matter at the court's earliest convenience.

[signature]

Edward Allan Watts
5900 Kinkead Ave. Apt. 431 Fort Smith, AR 72903
(479) 572-3011 donkeymacho@icloud.com
11-15-26

Jared Allan Watts #294394
155 W. Clydesdale Dr.
Fayetteville, AR 72701

NW ARKANSAS AR 727
17 NOV 2026 AM 1 L




United States District Court for the Western District of Arkansas
30 S. 6th Street Room 1038
Fort Smith, AR 72901-2437

WCSO
Detention Facility Mail
C418 - JAIL

72901-243763